AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### WESTERN DISTRICT OF NEW YORK

ANGELA PROCTOR

v.

PMR LAWGROUP

**D E F A U L T**
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 09-CV-1028S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Default Judgment is Granted and that judgment is entered in favor of Plaintiff against Defendant in the amount of $2,887.61, with apportionment consistent with the [6] Decision and Order.

Date: October 26, 2010                    MICHAEL J. ROEMER, CLERK

By: s/Suzanne Grunzweig
    Deputy Clerk