UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA PROCTOR,<br><br>    Plaintiff,<br><br>-against-<br><br>PMR LAW GROUP a/k/a PROFILE RECOVERY GROUP, LLC,<br><br>    Defendant. | Case No. **1:09-cv-01028-WMS**<br><br>**WRIT OF EXECUTION** |

**TO: THE EERIE COUNTY SHERIFF'S DEPARTMENT**

You are directed to enforce the judgment described below with interest and costs as provided by law.

On October 25, 2010, a judgment was entered against Defendant / Judgment Debtor, PMR LAW GROUP a/k/a PROFILE RECOVERY GROUP, LLC ("Defendant"), in favor of Plaintiff / Judgment Creditor, ANGELA PROCTOR ("Plaintiff") in the sum of two thousand eight hundred eighty-seven dollars and sixty-one cents ($2,887.61).  Said judgment equates to $250.00 in statutory damages to the Plaintiff and $2,637.61 in attorneys' fees and costs of litigation.

1.    You are directed to Seize and sell, according to law, any of the personal property (as determined by the office) of defendant named in the Request and Verification that is not exempt from seizure, as will be sufficient to satisfy plaintiff's demand, costs, and any statutory fees and expenses.

2.    If sufficient personal property of defendant cannot be found within your jurisdiction, seize and sell any of the real property of defendant not exempt from seizure, as will be sufficient to

satisfy plaintiff's demand, costs, and any statutory fees and expenses.

      3.     Collect from the sale of the property enough money to pay all of your statutory fees and statutory expenses.

Dated:_____                          By:_____

                                                                           United States District Court Clerk